UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ GONZALEZ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Civil No.13-0861-LAB(WVG)<br><br>ORDER REGARDING JOINT STATEMENT FOR DETERMINATION OF DISCOVERY DISPUTE PERTAINING TO DEPOSITION FEES SOUGHT BY PLAINTIFF'S DESIGNATED EXPERT DR. TODD LEMPERT |

On March 27, 2014, counsel in this case submitted to the Court a Joint Statement For Determination of Discovery Dispute Regarding Deposition Fees Sought By Plaintiff's Designated Expert In Interventional Radiology, Dr. Todd Lempert ("Joint Statement"). In the Joint Statement, Defendant sought a protective order regarding the $800 hourly deposition fee sought by Dr. Lempert. Defendant requests that the Court restrict Dr. Lempert's deposition fee to $750 per hour, the maximum allowed under the guidelines for the United States Attorney's Office in this district.

On April 7, 2014, the Court held an in-chambers hearing on this matter. Defendant was represented by Steven Poliakoff. Plaintiff was represented by Bronislav Dragonov.

Federal Rule of Civil Procedure 26(b)(A) and (E) state in pertinent part:

> (A) A party may depose any person who has been identified as an expert whose opinions may be presented at trial... (E) Unless manifest injustice would result, the court may require that the party seeking discovery (i) pay the expert a *reasonable* fee for time spent in responding to discovery under Rule 26(b)(4)(A) or (D)... (emphasis added).

Here, the guidelines by the Unites States Attorney's Office and the exhibits and declaration offered by Defendant that support the hourly deposition rates for interventional radiologists in this area establish that $750 per hour for deposition testimony is a reasonable hourly rate to compensate an interventional radiologist for a deposition. In fact, at the hearing, Plaintiff agreed that $750 per hour was a reasonable rate for Dr. Lempert's deposition testimony. Further, Plaintiff has not shown that manifest injustice would result if Defendant did not compensate Dr. Lempert at the hourly deposition rate of $800.

Therefore, for good cause shown, the Court GRANTS Defendant's Application for a Protective Order. Accordingly, the Court ORDERS:

Defendant shall reimburse Dr. Lempert at the hourly rate of $750 for his deposition for the entire duration of

1  the deposition, as well as court reporter fees for the
2  entire deposition. Plaintiff shall compensate Dr. Lempert
3  for his remaining hourly rate.
4      IT IS SO ORDERED.

6  DATED:  April 7, 2014

                                        Hon. William V. Gallo
                                        U.S. Magistrate Judge