BRUCE G. FAGEL, State Bar No. 103674
BRONISLAV M. DRAGANOV, State Bar No. 119695
Law Offices of Bruce G. Fagel
& Associates
100 North Crescent Drive, Suite 360
Beverly Hills, California 90210

Telephone: (310) 281-8700
Facsimile: (310) 281-5656
Email: BruceFagel@fagellaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ GONZALEZ, an incapacitated person, by and through her conservator, FRANCISCO J. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 13cv0861 LAB (WVG)<br><br>***SECOND AMENDED ORDER APPROVING SETTLEMENT ON BEHALF OF LUZ GONZALEZ, AN INCAPACITATED PERSON***<br><br>DEPT: 2A - MAGISTRATE JUDGE WILLIAM GALLO |

On this _____ day of September, 2014, the above-referenced matter came on for hearing and approval by the Court as to the reasonableness of a settlement between the United States of America and Luz Gonzalez, by and through her Co-Conservators, Francisco Gonzalez and Maria Gonzalez. Plaintiff Luz Gonzalez, an incapacitated person, appeared through her Co-Conservators and her attorney of record.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation") and the Irrevocable Reversionary Inter Vivos Grantor Medical Care Trust For The Benefit of Luz Maria Gonzalez, an incapacitated person (hereinafter "Reversionary Trust"), attached as Exhibits "A" and "B." The Court has

reviewed the Stipulation and the Reversionary Trust, taken testimony, and heard arguments in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement, including approval of the settlement on behalf of Luz Gonzalez by this Court and the anticipated approval of annuities for her minor children by State Court Order. Further, this Court is aware of the necessity of the approval by the Attorney General of the United States. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation and Reversionary Trust, are fair, reasonable, and in the best interests of Luz Gonzalez, an incapacitated person.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibits A and B, is hereby approved. IT IS FURTHER ORDERED that Francisco Gonzalez and Maria Gonzalez, as Co-Conservators of Luz Gonzalez, are authorized and required to sign the Stipulation, the Reversionary Trust, and any other documents that are necessary to consummate this settlement on behalf of Luz Gonzalez, and to provide any information and documentation necessary to complete the purchase of annuity contracts and the establishment of the Reversionary Trust.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of Five Million Seven Hundred Fifty Thousand Dollars ($5,750,000.00) (hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation. With 25 percent of same ($951,811) paid to the Law Offices of Bruce G. Fagel and Associates as attorney's fees, the remainder of $2,855,433 shall be paid to the Reversionary Trust. With respect to the up-front cash portion of the settlement, it will be made payable pursuant to Paragraph 3.a(1) of the Stipulation, to be used to pay, inter alia, the attorney's fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

The Court finds that the amount of $1,395,000 ($951,811 and $443,189) constitutes fair and reasonable attorney's fees in this action and does not exceed the statutory maximum of twenty-five percent allowed under the Federal Tort Claims Act (28 U.S.C. § 2678). The Court further finds that the costs and cost reserve associated with the litigation is $170,000, and that such costs and expenses are fair, reasonable, and necessary. Accordingly, IT IS FURTHER

ORDERED, ADJUDGED, AND DECREED that such attorney's fees, costs, and expenses are approved and are to be paid as provided in the Stipulation.

The Court finds that Plaintiff is legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers. The Court has been advised that Plaintiff and her counsel have represented that they have made a diligent search for any liens or any claims for payment or reimbursement, including any liens or claims by Medicaid or Medicare arising out of the subject matter that gave rise to the above-captioned action, whether disputed as legally valid or not, and that after such search neither Plaintiff nor her counsel are aware of any such liens or claims for reimbursement or payment. In the event Plaintiff or her counsel become aware of any such lien or claim for reimbursement or payment, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, by and through her attorney, shall satisfy or resolve such lien or claim for reimbursement or payment asserted by any individual or entity, including Medicaid and Medicare, arising from the subject matter of this action. The Court further Orders Plaintiff, by and through her attorney, to provide to the United States the information required by the Stipulation regarding the satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, upon final execution of the Stipulation and the Reversionary Trust and upon receiving notice that the Upfront Cash check has been received by the attorney of record for the United States, shall cause her attorney to file with this Court a dismissal of this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees. Upon the filing of such dismissal, counsel for the United States shall take the appropriate measures for the Upfront Cash to be transmitted to Plaintiff's attorney's attorney client trust account. Subject to the terms and conditions set forth in Paragraph 3.a. of the Stipulation, Plaintiff's attorney shall distribute said Upfront Cash after paying or resolving any currently known lien or claim for reimbursement or payment for which Plaintiff has agreed to be legally responsible under the terms of the Stipulation.

Law Offices
of
Bruce G. Fagel
&
Associates

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to the terms and
2  conditions specified in the Stipulation, the Court shall not retain jurisdiction over the action against
3  the United States or the settlement.

5  DATED: September ____, 2014          UNITED STATES DISTRICT JUDGE

                                        _____

Law Offices
of
Bruce G. Fagel
&
Associates

4

G:\Gonzalez, Luz\POST-TRIAL\ORDER APPROVING SETTLEMENT 09261 4.wpd ORDER APPROVING SETTLEMENT ON BEHALF OF LUZ GONZALEZ, AN INCAPACITATED PERSON

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within action. My business address is 100 N. Crescent Drive, Suite 360, Beverly Hills, California 90210.

On September 17, 2014 I served foregoing documents described as

***SECOND AMENDED ORDER APPROVING SETTLEMENT ON BEHALF OF LUZ GONZALEZ, AN INCAPACITATED PERSON***

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

[ ]   [BY PERSONAL HAND DELIVERY]

[X]   [BY REGULAR U.S. MAIL]

[ ]   [BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED

[X]   I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   [BY PERSONAL SERVICE] I delivered such envelope by hand to the offices of the addressee.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

[X]   By Electronic mail to the United States Attorney

Executed on September 17, 2014 at Beverly Hills, California.

Brenda Assfy

Luz Gonzalez, an incapacitated person, et al. vs. United States of America

SERVICE LIST

---

Laura E. Duffy
United States Attorney
Steven J. Poliakoff
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893

     Attorney for Defendants,
UNITED STATES OF AMERICA
Telephone No. (619) 546-7058
Facsimile No. (619) 546-7751
Email: steve.poliakoff@usdoj.gov

Director DHCS
1501 Capitol Avenue
MS 0000
PO Box 997413
Sacramento, California 95899-7413

Department of Health Care Services
SNT Section, MS 4720
P.O. Box 997425
Sacramento, California 95899-7425

Director of State Hospitals
1600 Ninth Street, Room 151
Sacramento, California 95814

Director of Developmental Services
1600 Ninth Street, Room 240
Sacramento, California 95814

Ms. Kim Smith
EPS Settlements Group
9841 Airport Boulevard
Suite 1040
Los Angeles, California 90045

Telephone No.: (310) 342-0949
Facsimile No.: (310) 342-0960

Susan L. Jackson
Wells Fargo Bank
Special Needs Trust Division
350 W. Colorado Blvd., Suite 390
Pasadena, California 91105

1  Mr. Francisco Gonzalez
   1011 Swaner Street
2  San Diego, California 92114

3  Ms. Maria Gonzalez
   6576 Herrick Street
4  San Diego, California 92114

5  Mr. Mario Gonzalez
   6576 Herrick Street
6  San Diego, California 92114

7  Norma L. Garcia-McKinney
   1935 Berry Street
8  Lemon Grove, California 91945

Law Offices
of
Bruce G. Fagel
&
Associates