# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ GONZALEZ, an incapacitated person, by and through her conservaitor, Francisco J. Gonzalez,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>UNITED STATES OF AMERICA,<br><br>                                    Defendant. | CASE NO. 13cv861-LAB (WVG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION;**<br><br>**AND ORDER OF JUDGMENT** |

On October 1, 2014, Magistrate Judge William Gallo issued a report and recommendation (Docket no. 38, the "R&R") recommending that the settlement be approved on behalf of Luz Gonzalez. The parties jointly requested that this judgment be entered, and neither party has objected to it. The Court **ADOPTS** the R&R, and **ORDERS** that judgment be entered as set forth in the R&R. The Court does not retain jurisdiction to interpret or enforce the terms of the settlement agreement. The Clerk is directed to enter judgment as set forth in the R&R, to terminate the case, and to close the docket.

**IT IS SO ORDERED**.

DATED: October 3, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

13cv861